**Donna Gail GRINDSTAFF (Killian), Petitioner–Appellant,**

v.

**Donald Bruce GRINDSTAFF, Defendant–Respondent.**

No. ED 79672.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 16, 2002.

M. Dwight Robbins, Fredericktown, MO, for appellant.

Donald B. Grindstaff, Patton, MO, pro se.

Before SHERRI B. SULLIVAN, P.J.,
LAWRENCE G. CRAHAN and
LAWRENCE E. MOONEY, JJ.

**ORDER**

PER CURIAM.

Donna Killian appeals the trial court's judgment denying her motion to modify child support. We find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value.

We affirm pursuant to Rule 84.16(b).